Charles J. Madonna, Respondent, v. Jacob Kleiman, Appellant.— Motion

for stay denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.